COMMONWEALTH *vs.* WILLIAM STOEHR.

At the trial of a complaint on the St. of 1869, c. 415, §§ 31, 36, for keeping intoxicating liquor on a certain day with intent to sell, evidence of a seizure of such liquor before that day at the place kept by the defendant, and of sales made there within three weeks before said day, is admissible.

COMPLAINT on the St. of 1869, c. 415, §§ 31, 36, to the municipal court of the city of Boston, averring that the defendant on January 22, 1872, kept intoxicating liquor with intent to sell the same. At the trial in the superior court on appeal, before *Brigham*, C. J., the Commonwealth was allowed, against the defendant's objection, to introduce evidence of a seizure of intoxicating liquor at the place kept by the defendant, and of sales of liquor there after the seizure and within three weeks preceding January 22, 1872. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*A. Russ & T. H. Tyndale*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT. The evidence of a seizure of intoxicating liquor at the place kept by the defendant, and of sales made there a short time before the day named in the complaint, was admissible. It tended to prove that the liquors found on the premises on the day named in the complaint were kept by the defendant with the intent to sell them in violation of law.

*Exceptions overruled.*